No. 97–44. DOMENICK ET AL. *v.* FONAR CORP. C. A. 2d Cir. Motion of Independent Service Network International for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 97–55. KEATING, GOVERNOR OF OKLAHOMA, ET AL. *v.* OKLAHOMA EX REL. OKLAHOMA TAX COMMISSION. Ct. App. Okla. Motions of Pascale Gelly, Oklahoma Citizens for a Sound Economy, Orval Matteson and Florence Matteson, and Oklahomans for Integrity in Government for leave to file briefs as *amici curiae* granted. Certiorari denied.

No. 97–124. LEAVITT *v.* KESSEL. Sup. Ct. App. W. Va. Motion of Academy of California Adoption Lawyers for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 97–220. TEXAS MANUFACTURED HOUSING ASSN., INC. *v.* CITY OF LA PORTE ET AL. C. A. 5th Cir. Motion of National Foundation of Manufactured Home Owners et al. for leave to file a brief as *amici curiae* granted. Certiorari denied.

No. 97–228. GAMMA-10 PLASTICS, INC. *v.* AMERICAN PRESIDENT LINES, LTD., ET AL. C. A. 8th Cir. Motion of Thomas Schoenbaum for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 97–230. GENERAL ELECTRIC CO. ET AL. *v.* FONAR CORP. ET AL. C. A. Fed. Cir. Motion of Intellectual Property Owners for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 97–5031. AVERY *v.* BRODEUR, COMMISSIONER, NEW HAMPSHIRE DEPARTMENT OF CORRECTIONS. Sup. Ct. N. H. Certiorari denied. JUSTICE SOUTER took no part in the consideration or decision of this petition.

No. 97–5354. BREEST *v.* BRODEUR, COMMISSIONER, NEW HAMPSHIRE DEPARTMENT OF CORRECTIONS. Sup. Ct. N. H. Certiorari denied. JUSTICE SOUTER took no part in the consideration or decision of this petition.